UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:14-CR-34-RLM |
| | ) | |
| JARVIS TOLBERT | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on August 6, 2014. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 37), ACCEPTS defendant Jarvis Tolbert's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED: August 26, 2014

                                              /s/ Robert L. Miller, Jr.
                                              Judge
                                              United States District Court